NUMBER 13-08-00709-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

IN THE MATTER OF M.D.M., A JUVENILE

 ____________________________________________________________


On appeal from the 25th District Court of Gonzales County, Texas 


Sitting as a Juvenile Court.


______________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Yañez and Benavides


Memorandum Opinion Per Curiam

 Appellant perfected an appeal from a judgment entered by the 25th District Court
of Gonzales County, Texas sitting as a Juvenile Court, in cause number 1333. Appellant
has filed a motion to dismiss the appeal. Appellant requests that this Court dismiss the
appeal.

 The Court, having considered the documents on file and appellant's motion to
dismiss the appeal, is of the opinion that the motion should be granted. See Tex. R. App.
P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. 
Having dismissed the appeal at appellant's request, no motion for rehearing will be
entertained, and our mandate will issue forthwith.

 PER CURIAM

Memorandum Opinion delivered and 

filed this the 12th day of February, 2009.